UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE:
TERRY MICHAEL MAULDIN                                CASE NUMBER: 11-03078
    Debtor,

## SUMMARY OF AMENDMENTS TO CHAPTER 13 PLAN

Comes now the Debtor(s), TERRY MICHAEL MAULDIN, in this proceeding and hereby amend(s) the Chapter 13 Plan filed August 1, 2011 and amended on September 6, 2011 as follows:

1. To Question Number Two-Pre Confirmation Adequate Protection Payments and Payments to Lessors: To Delete the following Creditor

| CREDITOR | COLLATERAL DESCRIPTION | AMOUNT OF MONTHLY PAYMENTS |
|---|---|---|
| GE Money Bank | 4 Wheeler | $5.00 |

2. To Question Number Three- Secured Alternate Monthly Payments: To Delete the following Creditor

| CREDITOR | COLLATERAL DESCRIPTION | AMOUNT OF MONTHLY PAYMENTS |
|---|---|---|
| GE Money Bank | 4 Wheeler | $5.00 |

3. To Question Number Five-Secured By Collateral: To Delete the following Creditor:

| CREDITOR | COLLATERAL DESCRIPTION | COLLATERAL VALUE | INTEREST RATE | §1325(a)(5) |
|---|---|---|---|---|
| GE Money Bank | 4 Wheeler | $2,500.00 | 4.00% | $46.00 |

    \s\ BARRY A FRIEDMAN
    BARRY A FRIEDMAN
    Attorney for Debtor

OF COUNSEL:
BARRY A FRIEDMAN & ASSOCIATES, PC
Attorney at Law
257 St Anthony Street
Post Office Box 2394
Mobile, AL 36652
Telephone: 251/439-7400

## CERTIFICATE OF SERVICE

I, the undersigned authority, hereby certify that I have on this 13th day of October, 2011, served a copy of the foregoing on the following, , by depositing same in the United States mail, properly addressed and postage prepaid and/or electronically:

J C McAleer
Trustee
Post Office Box 1884
Mobile, Alabama 36633

GE Money Bank
Post Office Box 530912
Atlanta, GA 30353

\S\ BARRY A FRIEDMAN
BARRY A FRIEDMAN